# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RANDALL E. SPOERLEIN, | : | No. 113 WM 2020 |
| Petitioner | : | |
| v. | : | |
| SANDRA J. STONER F/K/A SANDRA J. SPOERLEIN, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.